IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL W. JEWELL, #212516 | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv181 |
| OLIVER J. BELL, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Michael W. Jewell, a prisoner confined in the Texas prison system, proceeding *pro se*, filed the above-styled and numbered civil rights complaint pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the lawsuit should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendants' motion to dismiss (docket entry #37) is **GRANTED** and the lawsuit is **DISMISSED** without prejudice. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

As a final matter, the Plaintiff is placed on notice that sanctions may be imposed against him for filing frivolous lawsuits about conditions of his confinement or the failure of parole officials to release him.

**So ORDERED and SIGNED this 21st day of September, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**